JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

      - v -                               :      NOTICE OF INTENT TO
                                                FILE AN INFORMATION
FRANK OKUNAK,                        :

           Defendant.               :       22 CRIM 410

- - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
          May 31, 2022

                                    DAMIAN WILLIAMS
                                    United States Attorney

              By: _____
                                    SCOTT HARTMAN
                                    Assistant United States Attorney

JUDGE CASTEL

                                  AGREED AND CONSENTED TO:

              By: _____
                                  PAUL KRIEGER, ESQ.
                                  Attorney for Frank Okunak

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/22