# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KKLlp.com

March 29, 2023

By ECF

The Honorable P. Kevin Castel  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:    ***United States v. Frank Okunak*, 22 Cr. 410 (PKC)**

Dear Judge Castel:

      We represent Frank Okunak, the defendant in the above-referenced case. On December 6, 2022, Your Honor sentenced Mr. Okunak principally to a term of imprisonment of 52 months and a three-year term of supervised release, in addition to restitution and forfeiture. Mr. Okunak is currently serving his sentence at USP Lewisburg.

      We write to respectfully request that the Court authorize the return of Mr. Okunak's passport, which he surrendered to Pretrial Services on July 27, 2022 as a condition of bail. The government has no objection to this request.

                                          Respectfully submitted,  
                                          KRIEGER KIM & LEWIN LLP

                              By: _/s/ Paul M. Krieger_____  
                                          Paul M. Krieger  
                                          Jonathan F. Bolz

cc:     All counsel of record (via ECF)

Application Granted.

So Ordered: _____  
                       Hon. P. Kevin Castel, U.S.D.J.

3-29-23