UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                        22-cr-410 (PKC)

        -against-                                                       ORDER

FRANK OKUNAK,

                             Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court takes Mr. Krieger at his word that "neither Mr. Okunak nor his ex-wife have objected to the writs of garnishment that the Court issued on April 4, 2024. *See* ECF Nos. 26-29. As noted above, Mr. Okunak expressly disavowed any objection to the garnishment of his UBS and Aon accounts in the March 3 letter. While Mr. Okunak also noted that the life insurance policy that the government seeks to garnish belongs to his ex-wife, not him, neither Mr. Okunak nor his ex-wife objected to the writ pursuant to 28 U.S.C. § 3205(c)." (ECF 37.)

        Per Mr. Krieger, the defendant's only request is that the Court enter the Order previously tendered to it by the government. The government shall respond to the letter of May 31, 2024 (ECF 37) within 14 days of this Order.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 20, 2024